THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY COULTER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Orleans County Court, Miles, J.—murder, second degree.) Present—Callahan, J. P., Denman, Green, Pine and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY CAMPOLITO, Appellant.—Appeal unanimously dismissed (see, People v Seaberg, 74 NY2d 1). (Appeal from judgment of Onondaga County Court, Burke, J.—criminal facilitation, first degree.) Present—Callahan, J. P., Denman, Green, Pine and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY ELLISON, Appellant.—Judgment unanimously affirmed. Memorandum: On appeal from convictions for second degree burglary and third degree grand larceny defendant argues that prosecutorial misconduct in summation deprived him of a fair trial. Most of the claimed errors were not preserved for review and defendant's claims would not require reversal even if they had been preserved. (Appeal from judgment of Monroe County Court, Wisner, J.—burglary, second degree; grand larceny, third degree.) Present—Callahan, J. P., Denman, Green, Pine and Lawton, JJ.

In the Matter of REBECCA T., a Person Alleged to be in Need of Supervision.—Order unanimously reversed on the law without costs and matter remitted to Erie County Family Court for further proceedings in accordance with the following memorandum: Respondent appeals from an order adjudicating her a person in need of supervision and placing her on probation for 12 months. The order must be reversed and the matter remitted for further proceedings because the court failed to make specific findings in support of the adjudication and failed to advise respondent of her rights (see, Family Ct Act §§ 711, 741, 744 [b]; Matter of Tomika M., 136 AD2d 951). (Appeal from order of Erie County Family Court, O'Donnell, J.— PINS.) Present—Callahan, J. P., Denman, Green, Pine and Lawton, JJ.